THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RANDALL BINGHAM, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:08-cv-246 (CAR) |
| v. | : | |
| | : | |
| Warden CYNTHIA NELSON *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S
ORDER AND RECOMMENDATION*

Before the Court is the Order and Recommendation of United States Magistrate Judge Claude W. Hicks, Jr. [Doc. 28] that certain claims in this action be dismissed. Plaintiff has entered his objections to the Recommendation [Doc. 30]. Having carefully considered Plaintiff's objections, the relevant legal authorities, and those portions of the record to which Plaintiff objects *de novo*, the Court agrees with the reasoning and findings of the Magistrate Judge. Plaintiff's objections reiterate the contentions he raised in his Complaint which have been thoroughly addressed by the Magistrate Judge. The Court finds them to be without merit. Therefore, the Recommendation is hereby **ADOPTED** and made the Order of the Court. Accordingly, for the reasons set forth in the Recommendation, Plaintiff's claims regarding the medical co-pay, criminal charges, gym shoes, denial of legal evidence, over-pricing at the inmate store, retaliatory transfer, and grievances are **DISMISSED**. Plaintiff's claims concerning failure to protect, denial of medical and dental care, and placement in segregation shall remain. Thus, the Defendants who should remain in this action are CHRISTOPHER SUBER, JAMIE TILLET, JAMES DONALD, CYNTHIA NELSON, WILLIAM POWELL, ARTHUR GORDON, DONALD JONES, DANIELLA B. HOLMES, JOAN NEWMAN, and DENISE BICKFORD.

**SO ORDERED**, this 11th day of September, 2009.

                                                <u>S/ C. Ashley Royal</u>
                                                C. ASHLEY ROYAL
                                                UNITED STATES DISTRICT JUDGE

SSH